<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td>Chapter   <strong>11</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bayside Limo of Tampa LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1265701** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **19216 Inlet Cove Court**<br>**Hillsborough, FL 33558**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br>**19216 Inlet Cove Court Lutz, FL 33558**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Bayside Limo of Tampa LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Bayside Limo of Tampa LLC**                                                    Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **Bayside Limo of Tampa LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Bayside Limo of Tampa LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 13, 2025**
                 MM / DD / YYYY

**X** /s/ Kevin New                                    **Kevin New**
Signature of authorized representative of debtor       Printed name

Title      **CEO**

**18. Signature of attorney**

**X** /s/ Buddy D. Ford, Esquire          Date  **June 13, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Ford & Semach, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone   **(813)877-4669**      Email address   **All@tampaesq.com**

**0654711 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Bayside Limo of Tampa LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 13, 2025**           X **/s/ Kevin New**
                                                 Signature of individual signing on behalf of debtor

                                                 **Kevin New**
                                                 Printed name

                                                 **CEO**
                                                 Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bayside Limo of Tampa LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Admin 2 North Street Suite 320 Birmingham, AL 35203** | | | **Disputed** | **$148,000.00** | **$0.00** | **$148,000.00** |
| **Ascentium Capital 23970 Hwy 59 North Kingwood, TX 77339** | | **2010 Ford F-550 (29 Passanger Bus)  VIN #1FDGF5GRXAEA 63105 ($10,00.00 worth of repairs needed)** | | **$59,000.00** | **$13,563.00** | **$45,437.00** |
| **North Mill Equipment Finance 601 Merritt 7, Suite 5 Norwalk, CT 06851** | | **2022 Mercedes Benz M3CAE6 (10 Passanger Bus) VIN #W1X5EDHY4NT1 16056** | | **$96,000.00** | **$65,683.00** | **$30,317.00** |
| **North Mill Equipment Finance 601 Merritt 7, Suite 5 Norwalk, CT 06851** | | **2013 Ford F550 Limo Bus Conversion VIN #1FDGF5GT2DEB 31588** | | **$60,000.00** | **$30,000.00** | **$30,000.00** |
| **North Mill Equipment Finance 601 Merritt 7, Suite 5 Norwalk, CT 06851** | | **2015 Ford F-550 (29 Passanger Bus)  VIN #1FDGF5GY3FEA 42756** | | **$50,137.88** | **$25,575.00** | **$24,562.88** |
| **Ascentium Capital 23970 Hwy 59 North Kingwood, TX 77339** | | **2022 Mercedes Benz S VIN #W1X4ECHY9NT1 7760** | | **$80,000.00** | **$65,335.00** | **$14,665.00** |
| **Chase Ink P.O. Box 15298 Wilmington, DE 19850-5298** | | **Business Credit Card** | | | | **$10,258.00** |

| Debtor | **Bayside Limo of Tampa LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Credibly of Arizona 25200 Telegraph Rd #350 Suite 630 Southfield, MI 48033** | | **Debtor's personal property** | | **$44,736.00** | **$34,566.30** | **$10,169.70** |
| **Blue Bridge Financial, LLC 11921 Freedon Dr. Ste. 1130 Reston, VA 20190** | | **2015 Lincoln MKT 5th Door Limousine VIN #2LMJ5LK2FBL00880** | **Disputed** | **$0.00** | **Unknown** | **Unknown** |
| **C T Corporation System 330 N Brand Blvd., Suite 700 Glendale, CA 91203** | | **Noticing Party - Personal property** | **Disputed** | **$0.00** | **Unknown** | **Unknown** |
| **CHTD Company P.O. Box 2576 Springfield, IL 62708** | | **Personal property** | **Disputed** | **$0.00** | **Unknown** | **Unknown** |
| **Silverline Services Inc. 265 Sunrise Highway Suite 236 Rockville Centre, NY 11570** | | **Personal property** | **Disputed** | **$0.00** | **Unknown** | **Unknown** |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Bayside Limo of Tampa LLC** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................    $ _____ **239,723.06**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................    $ _____ **239,723.06**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **559,873.88**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ **10,258.00**

4.    **Total liabilities** ..........................................................................................................................
    Lines 2 + 3a + 3b    $ _____ **570,131.88**

**Fill in this information to identify the case:**

Debtor name    **Bayside Limo of Tampa LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$1,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Grow Financial** | **Business checking** | **8788** | **$3,224.02** |

4. **Other cash equivalents** *(Identify all)*

| 4.1.  **Funds being held in frozen Merchant Account (Moov, MICAMP and Venmo)** | **$6,418.78** |
|---|---|

5. **Total of Part 1.**          **$10,642.80**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Debtor    **Bayside Limo of Tampa LLC**                        Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **1,304.26**  -  **0.00**  = ....    **$1,304.26**
                            face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    **$1,304.26**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Cleaning products, Ice machine (leased), Water, Soda, Plastic cups, Napkins** | | **$0.00** | | **$600.00** |

23.    **Total of Part 5.**                                                    **$600.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **Bayside Limo of Tampa LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

<hr>

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Desk, Office chair** | **$0.00** | | **$100.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Laptop, Printer/Fax machine** | **$0.00** | | **$520.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$620.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

<hr>

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2010 Ford F-550 (29 Passanger Bus) VIN #1FDGF5GRXAEA63105 ($10,00.00 worth of repairs needed)** | **$0.00** | | **$13,563.00** |
| 47.2. | **2022 Mercedes Benz M3CAE6 (10 Passanger Bus) VIN #W1X5EDHY4NT116056** | **$0.00** | | **$65,683.00** |

Debtor    **Bayside Limo of Tampa LLC**                              Case number *(If known)* _____
                    Name

| | | | |
|---|---|---|---|
| 47.3. | **2016 Ford F-55 XLT 4x2 Chassis & Cab Super Duty W/Hydrauclic Brakers (26 Passenger Bus)  VIN #1FDGF5GT6GEA05240** | $0.00 | $26,400.00 |
| 47.4. | **2022 Mercedes Benz (10 Passenger Bus) S VIN #W1X4ECHY9NT17760** | $0.00 | $65,335.00 |
| 47.5. | **2015 Ford F-550 (29 Passenger Bus) VIN #1FDGF5GY3FEA42756** | $0.00 | $25,575.00 |
| 47.6. | **2013 Ford F550 Limo Bus Conversion VIN #1FDGF5GT2DEB31588** | $0.00 | $30,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                                              | $226,556.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **baysidelimotampa.com** | $0.00 | | Unknown |

Debtor      **Bayside Limo of Tampa LLC**                                    Case number *(If known)* _____
            <sub>Name</sub>

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **List of customer addresses**                        $0.00                           Unknown

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**
       **Bayside Limo of Tampa, LLC**                         $0.00                           Unknown

66.    **Total of Part 10.**                                                        $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Bayside Limo of Tampa LLC**                                    Case number *(If known)* _____
                   Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,642.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,304.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $600.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $620.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $226,556.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $239,723.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $239,723.06 |

**Fill in this information to identify the case:**

Debtor name      **Bayside Limo of Tampa LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Ascentium Capital** | Describe debtor's property that is subject to a lien | **$59,000.00** | **$13,563.00** |
|---|---|---|---|---|

**2.1** **Ascentium Capital**
Creditor's Name

**23970 Hwy 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2010 Ford F-550 (29 Passanger Bus)  VIN #1FDGF5GRXAEA63105 ($10,00.00 worth of repairs needed)**

Describe the lien
**Automobile Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Ascentium Capital**
Creditor's Name

**23970 Hwy 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2022 Mercedes Benz S VIN #W1X4ECHY9NT17760**

Describe the lien
**Automobile Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check that apply

$80,000.00          $65,335.00

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 6

Debtor   **Bayside Limo of Tampa LLC**                                      Case number (if known) _____
<span style="font-size:smaller">Name</span>

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | **Blue Bridge Financial, LLC** |
|---|---|

<span style="font-size:smaller">Creditor's Name</span>

**11921 Freedon Dr. Ste. 1130**
**Reston, VA 20190**
<span style="font-size:smaller">Creditor's mailing address</span>

<span style="font-size:smaller">Creditor's email address, if known</span>

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 Lincoln MKT 5th Door Limousine**
**VIN #2LMJ5LK2FBL00880**

**Describe the lien**
**Business Debt**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00                    Unknown

---

| 2.4 | **C T Corporation System** |
|---|---|

<span style="font-size:smaller">Creditor's Name</span>

**330 N Brand Blvd., Suite 700**
**Glendale, CA 91203**
<span style="font-size:smaller">Creditor's mailing address</span>

<span style="font-size:smaller">Creditor's email address, if known</span>

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Noticing Party - Personal property**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00                    Unknown

---

| 2.5 | **CHTD Company** |
|---|---|

<span style="font-size:smaller">Creditor's Name</span>

**P.O. Box 2576**
**Springfield, IL 62708**
<span style="font-size:smaller">Creditor's mailing address</span>

**Describe debtor's property that is subject to a lien**
**Personal property**

**Describe the lien**
**Business Debt**

**Is the creditor an insider or related party?**
■ No

$0.00                    Unknown

---

Debtor **Bayside Limo of Tampa LLC**
_____    Case number (if known) _____
Name

Creditor's email address, if known    ☐ Yes
_____
                                      **Is anyone else liable on this claim?**
**Date debt was incurred**
                                      ■ No
**Last 4 digits of account number**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an        As of the petition filing date, the claim is:**
interest in the same property?**       Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.

---

| 2.6 | **Credibly of Arizona** | Describe debtor's property that is subject to a lien | $44,736.00 | $34,566.30 |

Creditor's Name
**Describe debtor's property that is subject to a lien**
**Debtor's personal property**

**25200 Telegraph Rd #350
Suite 630
Southfield, MI 48033**
Creditor's mailing address

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an         As of the petition filing date, the claim is:**
interest in the same property?**        Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.7 | **North Mill Equipment Finance** | Describe debtor's property that is subject to a lien | $22,000.00 | $26,400.00 |

Creditor's Name
**Describe debtor's property that is subject to a lien**
**2016 Ford F-55 XLT 4x2 Chassis & Cab Super Duty W/Hydrauclic Brakers (26 Passenger Bus)  VIN #1FDGF5GT6GEA05240**

**601 Merritt 7, Suite 5
Norwalk, CT 06851**
Creditor's mailing address

**Describe the lien**
**Automobile Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
**Date debt was incurred**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an         As of the petition filing date, the claim is:**
interest in the same property?**        Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

Debtor    **Bayside Limo of Tampa LLC**                                    Case number (if known) _____
_____
Name

| 2.8 | **North Mill Equipment Finance** | | | | $96,000.00 | $65,683.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**601 Merritt 7, Suite 5 Norwalk, CT 06851**

Creditor's mailing address

---

**Describe debtor's property that is subject to a lien**
**2022 Mercedes Benz M3CAE6 (10 Passanger Bus) VIN #W1X5EDHY4NT116056**

**Describe the lien**
**Automobile Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **North Mill Equipment Finance** | | | | $50,137.88 | $25,575.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**601 Merritt 7, Suite 5 Norwalk, CT 06851**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 Ford F-550 (29 Passenger Bus)  VIN #1FDGF5GY3FEA42756**

**Describe the lien**
**Automobile Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **North Mill Equipment Finance** | | | | $60,000.00 | $30,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**601 Merritt 7, Suite 5 Norwalk, CT 06851**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2013 Ford F550 Limo Bus Conversion VIN #1FDGF5GT2DEB31588**

**Describe the lien**
**Automobile Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

Debtor  **Bayside Limo of Tampa LLC**                                   Case number (if known) _____
Name

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**   **Silverline Services Inc.**   Describe debtor's property that is subject to a lien   $0.00   Unknown
Creditor's Name   **Personal property**

**265 Sunrise Highway
Suite 236
Rockville Centre, NY 11570**
Creditor's mailing address

Describe the lien
**Business Debt**

Is the creditor an insider or related party?
■ No
Creditor's email address, if known   ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred   ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 2**   **U.S. Small Business Admin**   Describe debtor's property that is subject to a lien   $148,000.00   $0.00
Creditor's Name

**2 North Street
Suite 320
Birmingham, AL 35203**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
Creditor's email address, if known   ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred   ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$559,873.88**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor    **Bayside Limo of Tampa LLC**
_____
          Name

Case number (if known) _____

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Bayside Limo of Tampa LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Noticing Purposes Only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $10,258.00 |

| | |
|---|---|
| **Chase Ink**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** **7869** | Basis for the claim:  **Business Credit Card**<br>Is the claim subject to offset? ■ No ☐ Yes |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the<br>related creditor (if any) listed? | Last 4 digits of<br>account number, if<br>any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

Debtor     **Bayside Limo of Tampa LLC**                        Case number (if known) _____
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           Name

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 10,258.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 10,258.00 |

| Fill in this information to identify the case: |
|---|

Debtor name **Bayside Limo of Tampa LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lot Rent for Fleet**<br><br><br><br>**Atlantic Automotive Inc.**<br>**824 E. Fletcher Avenue**<br>**Tampa, FL 33612** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Insurance premium financing**<br><br><br><br>**E.T.I Financial**<br>**1551 Sawgrass Corporate Park #130**<br>**Fort Lauderdale, FL 33323** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2012 Ford F550 21 Passenger Bus - Owner Financing/Bill of Sale**<br><br><br>**Jason Gleason**<br>**Tampa Bay Party Bus**<br>**3214 W. Clifton Street**<br>**Tampa, FL 33614** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2022 Mercedes-Benz Sprinter 8 Passenger Bus - Owner Financing/Bill of Sale**<br><br>**Murphy Lee Ent. LLC**<br>**5772 Golden Owl Loop**<br>**Land O Lakes, FL 34638** |

Debtor 1  **Bayside Limo of Tampa LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ice machine** | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Polar Ice**<br>**P.O. Box 56857**<br>**Saint Petersburg, FL 33732** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Bayside Limo of Tampa LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Atlantic Automotive Inc.** | **824 E. Fletcher Avenue Tampa, FL 33612** | **Bayside Limo of Tampa LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **E.T.I Financial** | **1551 Sawgrass Corporate Park #130 Fort Lauderdale, FL 33323** | **Bayside Limo of Tampa LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Kevin L. New** | **19216 Inlet Cove Court Lutz, FL 33558** | **North Mill Equipment Finance** | ■ D   **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Kevin L. New** | **19216 Inlet Cove Court Lutz, FL 33558** | **North Mill Equipment Finance** | ■ D   **2.8** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Kevin L. New** | **19216 Inlet Cove Court Lutz, FL 33558** | **North Mill Equipment Finance** | ■ D   **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Bayside Limo of Tampa LLC**                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.6 | **Kevin L. New** | **19216 Inlet Cove Court**<br>**Lutz, FL 33558** | **North Mill Equipment**<br>**Finance** | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Kevin L. New** | **19216 Inlet Cove Court**<br>**Lutz, FL 33558** | **Ascentium Capital** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Kevin L. New** | **19216 Inlet Cove Court**<br>**Lutz, FL 33558** | **Ascentium Capital** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Polar Ice** | **P.O. Box 56857**<br>**Saint Petersburg, FL 33732** | **Bayside Limo of**<br>**Tampa LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Bayside Limo of**<br>**Tampa LLC** | **19216 Inlet Cove Court**<br>**Hillsborough, FL 33558** | **E.T.I Financial** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.2**___ |
| 2.11 | **Bayside Limo of**<br>**Tampa LLC** | **19216 Inlet Cove Court**<br>**Hillsborough, FL 33558** | **Atlantic Automotive**<br>**Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.1**___ |
| 2.12 | **Bayside Limo of**<br>**Tampa LLC** | **19216 Inlet Cove Court**<br>**Hillsborough, FL 33558** | **Polar Ice** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.5**___ |
| 2.13 | **Bayside Limo of**<br>**Tampa LLC** | **19216 Inlet Cove Court**<br>**Hillsborough, FL 33558** | **Murphy Lee Ent. LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.4**___ |

Debtor    **Bayside Limo of Tampa LLC**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **Bayside Limo of Tampa LLC** | **19216 Inlet Cove Court Hillsborough, FL 33558** | **Jason Gleason** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.3___ |

---

**Fill in this information to identify the case:**

Debtor name  **Bayside Limo of Tampa LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$219,144.79** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$489,293.42** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$476,772.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Payment for 2022 Sprinter 2500 and 2012 Ford** | **$55,200.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Payment for 2022 Sprinter 2500 and 2012 Ford** | **$55,200.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Payment for 2022 Sprinter 2500 and 2012 Ford** | **$55,200.00** |

---

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

---

Official Form 207                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   page **1**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Bayside Limo of Tampa LLC**                                    Case number *(if known)*

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **North Mill Equipment Finance**<br>**601 Merritt 7, Ste 5**<br>**Norwalk, CT 06851** | **March 2025,**<br>**April 2025,**<br>**May 2025** | **$19,247.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Auto Loan for Vehicles**<br>**-2022 Sprinter, 2016 Ford 550**<br>**and 2022 Mercedes Benz** |
| 3.2. | **E.T.I Financial**<br>**1551 Sawgrass Corporate Park #130**<br>**Fort Lauderdale, FL 33323** | **March 2025,**<br>**April 2025,**<br>**May 2025** | **$17,544.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.3. | **Ascentium Capital**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | **March 2025,**<br>**April 2025,**<br>**May 2025** | **$9,950.33** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Auto Loan for Vehicles**<br>**-2010 Ford F550 and 2015 Ford**<br>**F550** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount
    may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Bayside Limo of Tampa LLC** _____    Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Credibly of Arizona LLC v. Bayside Limo of Tampa LLC**<br>**CVV2024-033960** | **Suit for monetary damages** | **The Judicial Branch of Arizona**<br>**Maricocpa County**<br>**Central Building**<br>**Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Tampa Catholic**<br>**4630 North Rome Avenue**<br>**Tampa, FL 33603** | **(2) 5 Hour car ride** | **December 2024** | **$2,000.00** |
| **Recipients relationship to debtor**<br>**none** | | | |
| 9.2.  **Tampa Boys & Girls Club**<br>**1307 North MacDill Avenue**<br>**Tampa, FL 33607** | **(2 Busses) Donated Rides** | **December 2024** | **$3,000.00** |
| **Recipients relationship to debtor**<br>**none** | | | |

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

---

Debtor   **Bayside Limo of Tampa LLC**                                      Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br>**Ford & Semach, P.A.**<br>**9301 West Hillsborough**<br>**Avenue**<br>**Tampa, FL 33615** | **Attorney Fees ($8,750.00) plus Filing fee of $1,738** | **March 26,**<br>**$1,000.00**<br>**April 2,**<br>**2025**<br>**$1,000.00**<br>**April 2,**<br>**2025**<br>**$6,750.00** | **$8,750.00** |
| Email or website address<br>**All@tampaesq.com** | | | |
| Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor    **Bayside Limo of Tampa LLC**                                Case number *(if known)*

---

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank**<br>**16534 North Florida Avenue**<br>**Lutz, FL 33549** | **XXXX-6792** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 4, 2025** | **$100.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Bayside Limo of Tampa LLC** _____    Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Alantic Automotive Inc.**<br>**824 E. Fletcher Avenue**<br>**Tampa, FL 33612** | **This is an Automotive repair shop where Bayside Limo parks its Fleet** | | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jeffrey New**<br>**19216 Inlet Cove Court**<br>**Hillsborough, FL 33558** | **Atlantic Automotive, Inc.**<br>**824 E. Flethcer Avenue**<br>**Tampa, FL 33612** | **2018 Cadillac** | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Avery New**<br>**9646 Brave Buck Avenue**<br>**Land O Lakes, FL 34638** | **Atlantic Automotive, Inc.**<br>**824 E. Fletcher Avenue**<br>**Tampa, FL 33612** | **2019 Mercedes Benz** | $0.00 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **6**

Debtor    **Bayside Limo of Tampa LLC**                                  Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Samuel Benbournane**<br>**Market Tax & Accounting LLC**<br>**PO Box 538**<br>**Lutz, FL 33548** | **2022 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Samuel Benbournane**<br>**Market Tax & Accounting LLC**<br>**PO Box 538**<br>**Lutz, FL 33548** | **2022 -present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|
| |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Bayside Limo of Tampa LLC**                                        Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Kevin L. New | 19216 Inlet Cove Court Lutz, FL 33558 | CEO | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Kevin L. New 19216 Inlet Cove Court Hillsborough, FL 33558 | Personal Expenses $114,600.00 | Throughout Twelve Months Prior | Expenses |
| | Relationship to debtor CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor     **Bayside Limo of Tampa LLC** _____     Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2025** _____

**/s/ Kevin New** _____          **Kevin New** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bayside Limo of Tampa LLC** _____    Case No. _____
                                              Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bayside Limo Of Tampa, LLC**<br>**19216 Inlet Cove court**<br>**Lutz, FL 33558** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 13, 2025** _____    Signature    **/s/ Kevin New** _____
                                                                  **Kevin New**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **Bayside Limo of Tampa LLC** _____    Case No. _____

_____ Debtor(s)    Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 13, 2025** _____    **/s/ Kevin New** _____

**Kevin New**/**CEO**
Signer/Title

Bayside Limo of Tampa LLC
19216 Inlet Cove Court
Hillsborough, FL 33558

Buddy D. Ford, Esquire
Ford & Semach, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339

Blue Bridge Financial, LLC
11921 Freedon Dr. Ste. 1130
Reston, VA 20190

C T Corporation System
330 N Brand Blvd., Suite 700
Glendale, CA 91203

Chase Ink
P.O. Box 15298
Wilmington, DE 19850-5298

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Credibly of Arizona
25200 Telegraph Rd #350
Suite 630
Southfield, MI 48033

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

North Mill Equipment Finance
601 Merritt 7, Suite 5
Norwalk, CT 06851

Silverline Services Inc.
265 Sunrise Highway
Suite 236
Rockville Centre, NY 11570

U.S. Small Business Admin
2 North Street
Suite 320
Birmingham, AL 35203

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bayside Limo of Tampa LLC**                                    Case No. _____

                                         Debtor(s)                Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................    $ _____ **7,012.00**

    Prior to the filing of this statement I have received ...................    $ _____ **7,012.00**

    Balance Due .........................................................................    $ _____ **0.00**

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 13, 2025**                            **/s/ Buddy D. Ford, Esquire**
*Date*                                       **Buddy D. Ford, Esquire 0654711**
                                             *Signature of Attorney*
                                             **Ford & Semach, P.A.**
                                             **9301 West Hillsborough Avenue**
                                             **Tampa, FL 33615-3008**
                                             **(813)877-4669  Fax: (813)877-5543**
                                             **All@tampaesq.com**
                                             *Name of law firm*